**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONES DAY, a general partnership organized under the laws of the State of Ohio,<br><br>Plaintiff,<br><br>v.<br><br>SKATTEFORVALTNINGEN (a/k/a the Danish Tax Authority), an instrumentality of the Kingdom of Denmark; MATTHEW STEIN, individually; JEROME LHOTE, individually; and LUKE MCGEE, individually,<br><br>Defendants. | Civil Action No. 26 Civ. 5523 |

**DECLARATION OF LOUIS A. CHAITEN**

I, Louis A. Chaiten, declare the following:

1. I am over 18 years of age and competent to submit this Declaration. The facts set forth in this Declaration are based on my personal knowledge.

2. Attached hereto are true and correct copies of documents returned to me from The Courts of Denmark – Unit for International Service, including the certificate of service and a certified translation thereof, confirming that service of the complaint, summons, and other case-initiating documents filed in this lawsuit, together with certified translations thereof, was effected upon Defendant Skatteforvaltningen on September 7, 2026 in compliance with 28 U.S.C. § 1608(a)(2) and the Hague Convention.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of September, 2026.

Louis A. Chaiten