# Exhibit A

**Jones Day**
250 Vesey Street
New York, New York 10281-1047
USA

**Att.: Stephen Pearson**
Email: sjpearson@jonesday.com
Tel.: 1.212.326.3876

**Date:**
24 September 2026

**Information:**
Our ref. 008580

**Doc. no.:**

**Re.: Certified translation**

Dear Mr. Pearson

As agreed with Lotte Eskesen, and as stated in my email of 24 September 2026, I hereby enclose the certified translation of the emails and letters concerning the service of documents in Denmark.

Yours sincerely
Gorrissen Federspiel

Tina Rosenkilde
Certified translator

TRANSLATION

**'Retten i Nyborg' (The Court in Nykøbing)**

| | |
|---|---|
| From: | 'Udlandsforkyndelse' (International Process Service) |
| Sent: | 31 August 2026, 9:32 a.m. |
| To: | 'Retten i Nykøbing' |
| Subject: | Request for assistance with the service of documents from the United States, 26/20723 |
| Attached files: | Tvungen forkyndelse – Stævningsmand.docx; 1. USM-94.pdf; 2. Civil Cover Sheet.pdf; 3. Translation of Civil Cover Sheet.pdf; 4. Related Case Statement.pdf; 5. Translation of Related Case Statement.pdf; 6. Rule 7.1 Statement.pdf; 7. Translation of Rule 7.1 Statement.pdf; 8. Summons to SKAT.pdf; 9. Translation of Summons to SKAT.pdf; 10 Complaint and Exhibit A.pdf; 11. Translation of Complaint and Exhibit A.pdf |

The Courts of Denmark – Unit for International Service of Documents hereby requests assistance with serving the documents attached.

The recipient is named in the attached documents.

Once service has been completed, please scan the proof of service and email it to us at udlandsforkyndelse@domstol.dk, quoting our case number.

If service of the documents cannot be completed, please provide the reason for this, if possible.

If you have any questions, please feel free to contact us.

Yours sincerely

Isabella Hansen
Administrative officer
'Udlandsforkyndelse' (International Process Service)
The Court in Frederiksberg
Tel: 9968 5070
Email: udlandsforkyndelse@domstol.dk

The Court in Nykøbing F.

10 SEP. 2026

Received

INTERPRES REGIA JURATA
TINA ROSENKILDE

TRANSLATION

Stamp of

The Courts of Denmark

To the process server

File no. 26/23937

Date: 31 August 2026

Case no.: 26/20723

RECEIVED 31 AUG. 2026

**Regarding service of documents from a foreign authority**

Please serve the attached documents on

**Skatteforvaltningen** (The Danish Customs and Tax Administration)
**Nykøbingvej 76**
**Bygn. 45**
**4990 Sakskøbing, Denmark**

Please affix the proof of service to this letter, which should then be returned to the court.

Yours sincerely

Isabella Hansen
Administrative officer

Process server Søren Albretsen

TRANSLATION

Stamp of

The Courts of Denmark

On 7 SEP. 2026, at 2:00 p.m. the undersigned process server, acting on behalf of the Danish Courts – Unit for International Service of Documents, served the foregoing by delivering a copy and any attachments

on OFFICE ASSISTANT MERETE JØRGENSEN

(x) at the specified residence
( ) or at the address

EMPLOYEES AT THE CUSTOMS AND TAX ADMINISTRATION

To

( ) personally
(x) in the absence of the addressee, to OFFICE ASSISTANT MERETE JØRGENSEN
who stated ~~to be part of the residence (e.g., spouse/daughter/son/employee) and~~ to be at least 18 years old.
(Please print in capital letters)

I have attempted to serve the documents:

| | | | |
|---|---|---|---|
| Date: at | Date: at | Date: at | Date: at |
| Date: at | Date: at | Date: at | Date: at |

Special comments:

[Signature]

Process server

Søren Albretsen
Process server
Tel. 50881046

**´Retten i Nykøbing´**

---

| | |
|---|---|
| **Fra:** | ´Udlandsforkyndelse´ |
| **Sendt:** | 31. august 2026 09:32 |
| **Til:** | ´Retten i Nykøbing´ |
| **Emne:** | Anm. om hjælp til forkyndelse af dokumenter fra USA, 26/20723 |
| **Vedhæftede filer:** | Tvungen forkyndelse - Stævningsmand.docx; 1. USM-94.pdf; 2. Civil Cover Sheet.pdf; 3. Translation of Civil Cover Sheet.pdf; 4. Related Case Statement.pdf; 5. Translation of Related Case Statement.pdf; 6. Rule 7.1 Statement.pdf; 7. Translation of Rule 7.1 Statement.pdf; 8. Summons to SKAT.pdf; 9. Translation of Summons to SKAT.pdf; 10. Complaint and Exhibit A.pdf; 11. Translation of Complaint and Exhibit A.pdf |

Danmarks Domstoles Enhed for Udlandsforkyndelse skal hermed fremsende en anmodning om hjælp til at forkynde vedhæftede dokumenter.

Adressaten for forkyndelsen fremgår af de vedlagte bilag.

Når forkyndelsen er sket, skal vi bede jer om at scanne forkyndelsespåtegningen ind og sende til vores e-mail på udlandsforkyndelse@domstol.dk med henvisning til vores sagsnummer.

Såfremt det ikke lykkes at forkynde sagen, beder vi hvis muligt at oplyse baggrunden herfor.

Hvis I har spørgsmål, er I velkomne til at rette henvendelse til os.

Retten i
Nykøbing F.
10 SEP. 2026
Modtaget

Med venlig hilsen

Isabella Hansen
Kontorfuldmægtig
Udlandsforkyndelse
Retten på Frederiksberg
Tlf.: 9968 5070
Email: udlandsforkyndelse@domstol.dk

DANMARKS DOMSTOLE

Til Stævningsmanden

J. nr. 26/23937

Dato: 31.08.2026
Sagsnummer: 26/20723

MODTAGET 31 AUG. 2026

**Vedr. forkyndelse fra udenlandsk myndighed**

Vedlagte dokument bedes venligst forkyndt for

**Skatteforvaltningen**
**Nykøbingvej 76**
**bygn. 45**
**4990 Sakskøbing**

Påtegningen om forkyndelse bedes påført denne skrivelse, som herefter returneres til retten.

Med venlig hilsen

Isabella Hansen
Kontorfuldmægtig

Stm. Søren Albretsen

Danmarks Domstole – Enhed for udlandsforkyndelse – Howitzvej 32 – 2000 Frederiksberg – Danmark
Telefon: +45 99 68 50 70 – Mail: udlandsforkyndelse@domstol.dk

DANMARKS DOMSTOLE

År 7 SEP. 2026, den ..................... kl. 14:00 har undertegnede stævningsmand på vegne af Danmarks Domstole – Enhed for udlandsforkyndelse ved udlevering af en genpart + evt. bilag forkyndt foranstående

For KONTORASSISTENT MERETE JØRGENSEN

(X) på den angivne bopæl
( ) eller på adressen

ANSATTE I SKATTEFORVALTNINGEN

For
( ) personligt
(X) i adressaten fravær for KONTORASS. MERETE JØRGENSEN
der oplyste at ~~høre til husstanden (f.eks. ægtefælle/datter/søn/ansat)~~ og at være fyldt 18 år. (bedes anført i blokbogstaver)

Jeg har forgæves forsøgt at forkynde:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dato: | kl. | Dato: | kl. | Dato: | kl. | Dato: | kl. |
| Dato: | kl. | Dato: | kl. | Dato: | kl. | Dato: | kl. |

Særlige bemærkninger:

Søren Albretsen
stævningsmand
tlf. 50881046

Stævningsmand

I, the undersigned Tina Rosenkilde, certified translator and interpreter of the English language, hereby certify the preceding email and letters concerning the international service of documents in Denmark to be a true and faithful translation of the attached documents in the Danish language.

In witness whereof I have hereunto set my hand and affixed my seal.

22 September 2026

INTERPRES REGIA JURATA
TINA ROSENKILDE