# Exhibit B

**Jones Day**
250 Vesey Street,
New York, NY 10261,
US USA

Jr.nr: 26/20723

**Regarding your request for service of documents**

The Courts of Denmark – Unit for international service of documents hereby responds to your request for service of documents on Skatteforvaltningen. The documents have been served on 7 September 2026 by the Court in Nykøbing Falster for office assistant Merete Jørgensen.

Unit for international service refers to your reference number: 1:26-cv-005523 SDNY

Sincerely,

Isabella Salling
Certifying officer