# Exhibit C

# CERTIFICATE
ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☑ **1. that the document has been served***
que la demande a été exécutée*

| | |
|---|---|
| **– the (date)** / le (date)**:** | 7 September 2026 |
| **– at (place, street, number):** à (localité, rue, numéro) : | Nykøbingvej 76,bygn. 45, 4990 Sakskøbing |

**– in one of the following methods authorised by Article 5:**
dans une des formes suivantes prévues à l'article 5 :

| | | |
|---|---|---|
| ☐ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*** selon les formes légales (article 5, alinéa premier, lettre *a*))* |
| ☐ | *b)* | **in accordance with the following particular method*:** selon la forme particulière suivante* : |
| ☑ | *c)* | **by delivery to the addressee, if he accepts it voluntarily*** par remise simple* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:** Identité et qualité de la personne : | Merete Jørgensen |
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Office asstistent at Skatteforvaltningen |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

***Annexes*** / *Annexes*

| | |
|---|---|
| **Documents returned:** Pièces renvoyées : | 10 September 2026 |
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à Frederiksberg, Denmark **The** / le 14 September 2026 | **Signature and/or stamp** Signature et / ou cachet |