# Exhibit D

**´Retten i Nykøbing´**

**Fra:** ´Udlandsforkyndelse´
**Sendt:** 31. august 2026 09:32
**Til:** ´Retten i Nykøbing´
**Emne:** Anm. om hjælp til forkyndelse af dokumenter fra USA, 26/20723
**Vedhæftede filer:** Tvungen forkyndelse - Stævningsmand.docx; 1. USM-94.pdf; 2. Civil Cover Sheet.pdf; 3. Translation of Civil Cover Sheet.pdf; 4. Related Case Statement.pdf; 5. Translation of Related Case Statement.pdf; 6. Rule 7.1 Statement.pdf; 7. Translation of Rule 7.1 Statement.pdf; 8. Summons to SKAT.pdf; 9. Translation of Summons to SKAT.pdf; 10. Complaint and Exhibit A.pdf; 11. Translation of Complaint and Exhibit A.pdf

Danmarks Domstoles Enhed for Udlandsforkyndelse skal hermed fremsende en anmodning om hjælp til at forkynde vedhæftede dokumenter.

Adressaten for forkyndelsen fremgår af de vedlagte bilag.

Når forkyndelsen er sket, skal vi bede jer om at scanne forkyndelsespåtegningen ind og sende til vores e-mail på udlandsforkyndelse@domstol.dk med henvisning til vores sagsnummer.

Såfremt det ikke lykkes at forkynde sagen, beder vi hvis muligt at oplyse baggrunden herfor.

Hvis I har spørgsmål, er I velkomne til at rette henvendelse til os.

Retten i Nykøbing F.
10 SEP. 2026
Modtaget

Med venlig hilsen

Isabella Hansen
Kontorfuldmægtig
Udlandsforkyndelse
Retten på Frederiksberg
Tlf.: 9968 5070
Email: udlandsforkyndelse@domstol.dk

RETTEN PÅ FREDERIKSBERG
DANMARKS DOMSTOLE

DANMARKS DOMSTOLE

Til Stævningsmanden

J. nr. 26/23937

Dato: 31.08.2026
Sagsnummer: 26/20723

MODTAGET 31 AUG. 2026

**Vedr. forkyndelse fra udenlandsk myndighed**

Vedlagte dokument bedes venligst forkyndt for

**Skatteforvaltningen**
**Nykøbingvej 76**
**bygn. 45**
**4990 Sakskøbing**

Påtegningen om forkyndelse bedes påført denne skrivelse, som herefter returneres til retten.

Med venlig hilsen

Isabella Hansen
Kontorfuldmægtig

Stm. Søren Albretsen

DANMARKS DOMSTOLE

År ...7 SEP. 2026..., den ..................... kl. ...14:00... har undertegnede stævningsmand på vegne af Danmarks Domstole – Enhed for udlandsforkyndelse ved udlevering af en genpart + evt. bilag forkyndt foranstående

For KONTORASSISTENT MERETE JØRGENSEN

(X) på den angivne bopæl
(X) eller på adressen
ANSATTE I SKATTEFORVALTNINGEN

For
( ) personligt
(X) i adressaten fravær for KONTORASS. MERETE JØRGENSEN
der oplyste at ~~høre til husstanden (f.eks. ægtefælle/datter/søn/ansat)~~ og at være fyldt 18 år. (bedes anført i blokbogstaver)

Jeg har forgæves forsøgt at forkynde:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dato: | kl. | Dato: | kl. | Dato: | kl. | Dato: | kl. |
| Dato: | kl. | Dato: | kl. | Dato: | kl. | Dato: | kl. |

Særlige bemærkninger:

[signature]

Stævningsmand

Søren Albretsen
stævningsmand
tlf. 50881046

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965

| **Identity and address of the applicant**<br>Identité et adresse du requérant | **Address of receiving authority**<br>Adresse de l'autorité destinataire |
|---|---|
| Louis Chaiten<br>Jones Day<br>North Point<br>901 Lakeside Ave., Cleveland, OH, USA 44114 | Retten på Frederiksberg<br>Howitzvej 32<br>2000 Frederiksberg<br>Denmark |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)

Skatteforvaltningen (The Danish Customs and Tax Administration)
Brændgårdvej 10, 7400 Herning, Denmark

| | | |
|---|---|---|
| ☒ | *a)* | **In accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre *a*)* |
| ☐ | *b)* | **In accordance with the following particular method (sub-paragraph *b)* of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre *b*)* : |
| ☐ | *c)* | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

***List of documents*** / *Énumération des pièces*

- Civil Cover Sheet
- Related Case Statement
- Rule 7.1 Statement
- Summons
- Complaint (including Exhibit A)

* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à New York, NY, USA<br>**The** / le 1 July 2026 | |

# CERTIFICATE
ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| | |
|---|---|
| **– the (date)** / le (date): | |
| **– at (place, street, number):** à (localité, rue, numéro) : | |

| | | |
|---|---|---|
| **– in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | | |
| ☐ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*** selon les formes légales (article 5, alinéa premier, lettre *a*)* |
| ☐ | *b)* | **in accordance with the following particular method*:** selon la forme particulière suivante* : |
| ☐ | *c)* | **by delivery to the addressee, if he accepts it voluntarily*** par remise simple* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:** Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants* :

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*

***Annexes** / Annexes*

| | |
|---|---|
| **Documents returned:** Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à<br>**The** / le | **Signature and/or stamp** Signature et / ou cachet |