K&L GATES

November 11, 2026

Neil T. Smith
Partner
Neil.Smith@klgates.com

T +1 617 261 3180
F +1 617 261 3175

**Via ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Jones Day v. Skatteforvaltningen et al, 26-cv-5523**

Dear Judge Buchwald:

We write on behalf of Defendant Luke McGee ("Mr. McGee") in follow up to Mr. McGee's November 3, 2026 letter (ECF 43) requesting a pre-motion conference on an anticipated motion to dismiss, or, in the alternative, a motion to stay Mr. McGee's response to Plaintiff Jones Day's complaint (ECF 1). Defendants Matthew Stein and Jerome Lhote join in the relief requested herein.

Plaintiff Jones Day and Messrs. McGee, Stein, and Lhote (collectively, "Defendants") agree that the time for Defendants to answer, move, or otherwise respond to Jones Day's complaint shall be postponed until a decision by this Court on defendant Skatteforvaltningen's ("SKAT") motion to dismiss. At that point, within five days of the Court's decision, Defendants will either answer or file another pre-motion letter regarding a motion to dismiss, as needed, based on the outcome of SKAT's motion and the then-current circumstances in this dispute.

For these reasons, Mr. McGee, along with Messrs. Stein and Lhote, respectfully request that the Court postpone Defendants' obligation to answer, move, or otherwise respond to Jones Day's complaint consistent with the parties' agreement.

Very truly yours,

*/s/ Neil T. Smith*

Neil T. Smith