Hughes Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

**BY ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

November 13, 2026

Re: *Jones Day v. Skatteforvaltningen et al.*, No. 26 Civ. 5523 (NRB)

Dear Judge Buchwald:

We write to provide the Court with the parties' proposed briefing schedule for SKAT's motion to dismiss Jones Day's complaint, given that Jones Day, as stated in its November 10, 2026 letter [ECF No. 45], no longer intends to move for a preliminary injunction. Since Jones Day no longer intends to make its motion, SKAT does not respond herein to the arguments in the firm's November 10 letter. But needless to say, as it will explain in the briefing on its forthcoming motion, SKAT disputes that New York law or G.O.L. § 15-108, in particular, applies in SKAT's Danish action against the firm.

The parties propose the following briefing deadlines for SKAT's forthcoming motion:

- SKAT's motion to dismiss: December 11, 2026;
- Jones Day's opposition: January 15, 2027;
- SKAT's reply: January 29, 2027.

Respectfully submitted,

*/s/ Marc A. Weinstein*
Marc A. Weinstein

cc: all counsel of record (via ECF)